908

No. 82–212.  J. TRUETT PAYNE CO., INC. *v.* CHRYSLER MOTORS CORP.  C. A. 11th Cir.  Certiorari denied.  ■

No. 82–214.  CAFFALL BROS. FOREST PRODUCTS, INC. *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.  ■

No. 82–219.  SECRETARY OF COMMERCE OF PUERTO RICO ET AL. *v.* VILLANUEVA.  Sup. Ct. P. R.  Certiorari denied. Reported below: —— P. R. R. ——.

No. 82–221.  INNKEEPERS OF NEW CASTLE, INC. *v.* MALEY ET AL.  C. A. 7th Cir.  Certiorari denied.  ■

No. 82–230.  POMANOWSKI *v.* MONMOUTH COUNTY BOARD OF REALTORS ET AL.  Sup. Ct. N. J.  Certiorari denied.

No. 82–231.  MOTHON *v.* UNITED STATES ET AL.; and
No. 82–416.  TWOMBLY, INC. *v.* UNITED STATES ET AL. C. A. 3d Cir.  Certiorari denied.  Reported below: 685 F. 2d 793.

No. 82–234.  LEE *v.* SHIELD PETROLEUM CORP. ET AL. C. A. 6th Cir.  Certiorari denied.  ■

No. 82–236.  LOUIS STERNBACH & CO. *v.* SIROTA ET AL. C. A. 2d Cir.  Certiorari denied.  ■

No. 82–238.  FLEWALLEN *v.* FAULKNER.  C. A. 7th Cir. Certiorari denied.  ■

No. 82–239.  ARTUSO ET AL. *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.  ■

No. 82–248.  NORBERG, TAX ADMINISTRATOR OF RHODE ISLAND *v.* GEORGE, INC.  Sup. Ct. R. I.  Certiorari denied.